⌜Judge Marbley⌝

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 4:12CR163-01 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 2:18 cr 023 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: RAYMOND PATTERSON Columbus, Ohio Pacts # 27054 | DISTRICT NORTHERN DISTRICT OF OHIO PACTS # 53589 | DIVISION Northern District of Ohio |
|---|---|---|
| | NAME OF SENTENCING JUDGE Christopher A. Boyko | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/06/2017 — TO 09/05/2020 |

**OFFENSE**

18 U.S.C. § 922(g)(1) Felon in possession of a firearm and ammunition

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF OHIO**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_1/25/18_
Date

_Christopher A. Boyko_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of Ohio

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_2/2/18_
Effective Date

United States District Judge

RECEIVED
JAN 25 2018
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO